No. 689.   KING v. SUPREME COURT OF SOUTH DAKOTA. March 1, 1943.   Petition for writ of certiorari to the Supreme Court of South Dakota denied.   *J. B. King, pro se.*

No. 676.   FRANK v. HENDERSON, PRICE ADMINISTRATOR. March 8, 1943.   Petition for writ of certiorari to the United States Emergency Court of Appeals denied.   *Mr. Herbert M. Karp* for petitioner.   *Solicitor General Fahy* for respondent.

No. 681.   ACME-EVANS COMPANY v. NATIONAL LABOR RELATIONS BOARD.   March 8, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Messrs. Kurt F. Pantzer* and *Charles M. Wells* for petitioner.   *Solicitor General Fahy* and *Messrs. Archibald Cox, Robert B. Watts,* and *Ernest A. Gross,* and *Misses Ruth Weyand* and *Fannie M. Boyls* for respondent.

No. 682.   TUFFANELLI v. UNITED STATES.   March 8, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Mr. George F. Callaghan* for petitioner.   *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Robert S. Erdahl* and *Archibald Cox* for the United States.

No. 683.   SONDOCK ET AL. v. WALLING, ADMINISTRATOR. March 8, 1943.   Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied.   *Mr. Brady Cole* for petitioners.   *Solicitor General Fahy* and *Messrs. Irving J. Levy* and *Morton Liftin* and *Miss Bessie Margolin* for respondent.